12 So.3d 1289 (2009)
Adrian J. WOOD, Appellant,
v.
STATE of Florida, Appellee.
No. 1D08-1147.
District Court of Appeal of Florida, First District.
July 27, 2009.
*1290 Nancy A. Daniels, Public Defender, and Phil S. Patterson, Assistant Public Defender, Tallahassee, for Appellant.
Bill McCollum, Attorney General, and Michael T. Kennett, Assistant Attorney General, Tallahassee, for Appellee.
PER CURIAM.
AFFIRMED. Bedford v. State, 995 So.2d 1122 (Fla. 4th DCA 2008); State v. Odom, 862 So.2d 56 (Fla. 2d DCA 2003).
HAWKES, C.J., ALLEN, AND CLARK, JJ., concur.